1  PHILLIP A. TALBERT
   United States Attorney
2  PETER K. THOMPSON (HI 5890)
   Acting Regional Chief Counsel
3  MARGARET LEHRKIND, CSBN 314717
   Special Assistant United States Attorney
4       Social Security Administration
        160 Spear Street, Suite 800
5       San Francisco, CA 94105
        Telephone: (510) 970-4829
6       Facsimile: (415) 744-0134
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

RONDI NERI,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.[1]

No. 1:22-cv-00385-EPG

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AND ANSWER TO PLAINTIFF'S COMPLAINT

(ECF No. 8).

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS HEREBY STIPULATED, by and between Rondi Neri (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of sixty (60) days to file the electronic certified administrative record (CAR) and answer to Plaintiff's complaint. This is Defendant's first request for an extension. The current due date is June 30, 2022. The new date will be August 29, 2022. All other deadlines will extend accordingly.

Defendant submits that good cause exists for this extension request. There was a mix-up when the Office of the General Counsel was notified of this case, and the Office of Appellate Operations (which prepares and certifies the certified administrative record) did not receive notice of this case until recently. The undersigned apologizes for this delay, and notes that this is the first time she has seen something like this happen with a case initiation. The undersigned is requesting 60 days, but will file the administrative record as soon as it is received.

Accordingly, Defendant requests an extension in which to respond to the Complaint until August 29, 2022. If Defendant is unable to produce the CAR necessary to file an Answer in accordance with this Order, Defendant shall request an additional extension prior to the due date.

On June 23, 2022, the undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR and answer to Plaintiff's Complaint, through and including June 23, 2022.

Respectfully submitted,

DATE: June 24, 2022                LAW OFFICES OF FRANCESCO BENAVIDES

*/s/ Francesco Paulo Benavides*
FRANCESCO PAULO BENAVIDES
Attorney for Plaintiff

2

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | (as approved via email) |
| 2 |   |   | PHILLIP A. TALBERT |
| 3 |   |   | United States Attorney |
| 4 | DATE: June 24, 2022 | By | *s/ Margaret Lehrkind* |
|   |   |   | MARGARET LEHRKIND |
| 5 |   |   | Special Assistant United States Attorney |
| 6 |   |   | Attorneys for Defendant |

3

# **ORDER**

Pursuant to parties' stipulation (ECF No. 8), IT IS ORDERED that Defendant shall have until August 29, 2022, to file the certified administrative record and to file a response to the complaint. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **June 27, 2022**                             /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE